HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVON MEYER,

    Plaintiff,

v.

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

    Defendant.

CASE NO. C12-2013RAJ

ORDER

The court has reviewed the parties' stipulation to modify the deadline to file a class certification motion. Dkt. # 38. The court orders as follows.

1) The parties shall complete any discovery related to class certification by April 16, 2014. If the parties have discovery disputes and are unable to resolve them, they must file any discovery motion so that it is properly noted for no later than April 11, 2014.

2) No later than March 14, 2014, the parties shall file a joint statement advising the court whether they have reached a settlement of this matter. If they have (and assuming the settlement is on behalf of a class of plaintiffs), they shall propose, in detail, deadlines and procedures for obtaining court approval of their settlement.

3) If the parties do not settle this matter, Plaintiffs shall file a motion for class certification no later than April 30, 2014 and shall note it for consideration no

ORDER – 1

later than June 13, 2014.  The parties may brief that motion on the schedule they proposed in their stipulation.

4) The court will not modify these deadlines absent a demonstration of extraordinary circumstances.

Dated this 15th day of January, 2014.

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2