HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVON MEYER, et al.,

    Plaintiffs,

v.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,

    Defendant.

CASE NO. C12-2013RAJ

ORDER

On February 11, 2014, the court issued an order requiring Time Warner Cable to comply with a subpoena for the records of Plaintiff Bryce Finger. Time Warner responded to the subpoena by indicating that it had no information for a Bryce Finger corresponding to the account number listed on the subpoena. Defendant, who issued the subpoena, later discovered that Mr. Finger's records may be listed under the name "Bryce Finder."

Defendant attempted to convince Time Warner Cable to respond to a revised subpoena naming "Bryce Finger aka Bryce Finder," along with the same account number from the original subpoena. Time Warner Cable refused to respond to the revised subpoena without a court order.

The parties filed a joint motion seeking that order. The court GRANTS that motion (Dkt. # 63) and directs Time Warner Cable to respond to the revised subpoena within one week of receiving this order. The court declines at this time to decide whether

ORDER – 1

Time Warner's refusal to respond to the revised subpoena without a second court order was an act in contempt of court.

Dated this 29th day of April, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2