Honorable Richard A. Jones

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DEVON MEYER and BRYCE FINGER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT,<br><br>Defendant. | Case No.: 2:12-cv-02013<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**I.   JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs, DEVON MEYER and BRYCE FINGER, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(ii), hereby dismiss with prejudice the above entitled and numbered action. Defendant, RECEIVABLES PERFORMANCE MANAGEMENT, stipulates to such voluntary dismissal with prejudice. The Parties further stipulate that each shall bear their own fees and costs.

Executed this 20th day of May, 2014.

By:

/s/J. Andrew Meyer
J. ANDREW MEYER, ESQUIRE
Florida Bar No. 0056766
TAMRA GIVENS, ESQUIRE
Florida Bar No. 657638
MORGAN & MORGAN COMPLEX

/s/ Andrew D. Shafer
Andrew D. Shafer, WSBA No. 9405
SIMBURG KETTER SHEPPARD & PURDY, LLP
999 Third Avenue, Suite 2525
Seattle, WA 98104

JOINT STIPULATION FOR DISMISSAL
WITH PREJUDICE
[Case No.: 12-cv-02013]

1

Morgan and Morgan Complex Litigation Group
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505 Tel./(813) 223-5402 Fax

| | | |
|---|---|---|
| 1 | LITIGATION GROUP<br>201 North Franklin Street, 7th Floor | Telephone: (206) 382-2600<br>Facsimile: (206) 223-3929 |
| 2 | Tampa, Florida 33602<br>Telephone: (813) 223-5505 | Email: ashafer@sksp.com |
| 3 | Facsimile: (813) 223-5402<br>Email: ameyer@forthepeople.com | DANIEL W. PISANI<br>JAMES K. SCHULTZ |
| 4 | tgivens@forthepeople.com | SESSIONS FISHMAN NATHAN &<br>ISREAL, LLC |
| 5 | BRIAN ISAACSON, WSBA #25921<br>Isaacson Law Firm, P.S. | 55 West Monroe Street, Suite 1120<br>Chicago, IL 60603 |
| 6 | 2121 Fifth Avenue<br>Seattle, WA 98121 | Telephone: (312) 578-0990<br>Email: dpisani@sessions-law.biz |
| 7 | Telephone: (206) 441-4110<br>Facsimile: (206) 441-4220 | jschultz@sessions-law.biz |
| 8 | Email: briani@isaacsonlawfirm.com | BRYAN C. SHARTLE<br>SESSIONS FISHMAN NATHAN & |
| 9 | GEORGE KARGIANIS, WSBA #286<br>Law Office of George Kargianis | ISREAL, LLC<br>3850 N. Causeway Blvd. |
| 10 | 2121 Fifth Avenue<br>Telephone: (206) 624-5370 | Suite 200<br>Metairie, LA 70002 |
| 11 | Facsimile: (206) 441-4220<br>Email: george@kargianislaw.com | Telephone: (504) 828-3700<br>Email: bshartle@sessions-law.biz |
| 12 | | |
| 13 | SERGEI LEMBERG, Esq. BBO# 650671*<br>Lemberg & Associates, L.L.C. | *Attorneys for Defendant* |
| 14 | 1100 Summer Street, 3rd Floor<br>Stamford, CT 06905 | |
| 15 | Telephone: (203) 653-2250<br>Facsimile: (203) 653-3424 | |
| 16 | slemberg@lemberglaw.com | |
| 17 | *Attorneys for Plaintiffs* | |

JOINT STIPULATION FOR DISMISSAL
WITH PREJUDICE

[Case No.: 12-cv-02013]

2

Morgan & Morgan Complex Litigation Group
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505 Tel./(813) 223-5402 Fax


# CERTIFICATE OF SERVICE

I hereby certify that on the date below I electronically filed the foregoing JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system which will send notification of such to the following:

    Andrew D. Shafer, ashafer@sksp.com

    Daniel W. Pisani, dpisani@sessions-law.biz

    James K. Schultz, jschultz@sessions-law.biz

    Bryan C. Shartle, bshartle@sessions-law.biz

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

Dated: May 20, 2014.

                                            */s/J. Andrew Meyer*
                                            J. Andrew Meyer

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE — 3

[Case No.: 12-cv-02013]

Morgan & Morgan Complex Litigation Group
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505 Tel./(813) 223-5402 Fax